IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02780-AP

In re: LEONID SHIFRIN,

    Debtor,

v.

GLASFOW, INC. DBA COLONIAL FINANCE, INC.,
SOFIA SHIFRIN,
QUILLY SHIFRIN, and
MARK SHIFRIN,

    Appellants,

v.

HARVEY SENDER, AS CHAPTER 7 TRUSTEE,

    Appellee.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Judge John L. Kane, on December 23rd, 2013, it is hereby

ORDERED that the appeal is dismissed for failure to respond to Appellee's Motion to Dismiss Appeal (doc. #14), and the motion is deemed CONFESSED.  It is further

ORDERED that costs are awarded to the Appellee, to be awarded by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, and the procedures set forth therein.

DATED at Denver, Colorado this 26th day of December, 2013.

        FOR THE COURT,
        JEFFREY P. COLWELL, Clerk

        By: s/ Edward P. Butler
           Edward P. Butler, Deputy Clerk